1  ROBERT R. JENSEN
   NSB No. 2558
2  GALLOWAY & JENSEN
   222 California Ave.
3  Reno, NV 89509
   Tele.: 775/333-7555
4  Fax:  775/323-4993
   Email: robert@gallowayjensen.com
5
   *Attorneys for Defendant Daniel Hardy*
6
## UNITED STATES DISTRICT COURT
7
## DISTRICT OF NEVADA
8
\*\*\*\*\*
9
   ARCH INSURANCE COMPANY,
10 a foreign corporation
                                            Case No. 2:23-cv-00370-CDS-EJY
11         Plaintiff,
        vs.
12                                          **STIPULATION AND ORDER FOR
                                            EXTENSION OF TIME TO RESPOND
13                                          TO COMPLAINT IN
                                            INTERPLEADER**
14
   SCOTT THAYER and CINDY
15 THAYER, natural parents and
   Wrongful death heirs of the deceased,
16 COLE THAYER, and DANIEL HARDY,
   an individual,
17
           Defendants.
18 _____/

19     IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Defendants,

20 ROBERT JENSEN, of GALLOWAY & JENSEN, and counsel for Plaintiff, DYLAN TODD, of

21 CLYDE & CO., US LLP, that Defendant DANIEL HARDY shall have a 10 day extension of time

22 ///

23 ///

24 ///

25 ///

1  up through and including April 13, 2023, to respond to Plaintiff's Complaint In Interpleader

2  (ECF No. 7).

3  DATED this 31st day March, 2023.            DATED this 31st day March, 2023.

4  GALLOWAY & JENSEN                            CLYDE & CO US LLP

6  /s/ *Robert R. Jensen*                       /s/ *Dylan Todd*
   ROBERT R. JENSEN, ESQ                        DYLAN TODD, ESQ.
7  222 California Ave.                          7251 W. Lake Mead Blvd., Suite 430
   Reno, NV  89509                              Las Vegas, NV 89128
8  Tele: 775/333-7555                           Tele: (702) 248-2900
   *Attorney for Defendants*                    *Attorney for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  April 4, 2023