UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ARCH INSURANCE COMPANY, a foreign corporation, | |
|---|---|
| Plaintiff, | **CASE NO**: 3:24-cv-00323-ART-CSD |
| vs. | |
| DANIEL HARDY, an individual; SCOTT THAYER and CINDY THAYER, natural parents and wrongful death heirs of the deceased, COLE THAYER, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between DANIEL HARDY, and his counsel of record, ROBERT R. JENSEN, ESQ. of the law firm JENSEN PERSONAL INJURY LAW, LLC, and SCOTT THAYER and CINDY THAYER, by and through their counsel of record, WILLIAM W. McGAHA, ESQ. of the law firm SCHUETZE, McGAHA, TURNER & FERRIS,

/ / /

/ / /

/ / /

/ / /

/ / /

PAGE **1** OF **2**

PLLC, that the above-entitled action is hereby dismissed with prejudice, the parties to bear their respective attorney fees and costs of suit.

| Dated this 20th day of February 2025.<br><br>JENSEN PERSONAL INJURY LAW, LLC<br><br>By /s/Robert R. Jensen<br>    Robert R. Jensen, Esq.<br>    222 California Avenue<br>    Reno, Nevada 89509<br>    Attorneys for Defendant<br>    *Daniel Hardy* | Dated this 20th day of February 2025.<br><br>SCHUETZE, McGAHA, TURNER<br>  & FERRIS, PLLC.<br><br>By /s/William W. McGaha<br>    William W. McGaha, Esq.<br>    Nevada Bar No. 3234<br>    601 S. Rancho Drive, Suite C-20<br>    Las Vegas, NV  89106<br>    Attorneys for Defendants<br>    *Scott Thayer and Cindy Thayer* |
|---|---|

## **ORDER**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled action is hereby dismissed with prejudice, the parties to bear their respective attorney fees and costs of suit.

Date: 2/20/2025                         _____
                                        UNITED STATES DISTRICT COURT JUDGE

PAGE **2** OF **2**

# Donna Brand

| | |
|---|---|
| **From:** | Emma Woodworth <emma@jenseninjurylawyers.com> |
| **Sent:** | Thursday, February 20, 2025 11:50 AM |
| **To:** | Donna Brand; Bill McGaha |
| **Cc:** | Robert Jensen |
| **Subject:** | RE: Arch Insurance Co. v. Thayer/Hardy |

Looks good! You can file with Bob's e-signature 



**EMMA WOODWORTH**
*Litigation Assistant*
emma@jenseninjurylawyers.com
*phone:* (775) 333-7555
*fax:* (775) 323-4993

jenseninjurylawyers.com

---

**From:** Donna Brand <dbrand@smlvlaw.net>
**Sent:** Thursday, February 20, 2025 8:15 AM
**To:** Emma Woodworth <emma@jenseninjurylawyers.com>; Bill McGaha <bmcgaha@smlvlaw.net>
**Cc:** Robert Jensen <bob@jenseninjurylawyers.com>
**Subject:** RE: Arch Insurance Co. v. Thayer/Hardy

Please see attached

Donna Brand
Senior Litigation Paralegal
SCHUETZE, McGAHA, TURNER & FERRIS PLLC
601 S. Rancho Drive, Suite C-20
Las Vegas, Nevada 89106
(725) 228-3253 Direct Dial
(702) 369-3225 Main
(702) 369-2110 Fax

**From:** Emma Woodworth <emma@jenseninjurylawyers.com>
**Sent:** Wednesday, February 19, 2025 4:11 PM
**To:** Bill McGaha <bmcgaha@smlvlaw.net>; Donna Brand <dbrand@smlvlaw.net>
**Cc:** Robert Jensen <bob@jenseninjurylawyers.com>
**Subject:** Arch Insurance Co. v. Thayer/Hardy

Good afternoon!

A minute order came through on the interpleader stating we have until, I am assuming March 5, 2025 (typo by the Court), to submit a stipulation for dismissal. Would your office be able to prepare that for Bob's review?

Thank you!

1



[jenseninjurylawyers.com](jenseninjurylawyers.com)

**EMMA WOODWORTH**
*Litigation Assistant*
[emma@jenseninjurylawyers.com](emma@jenseninjurylawyers.com)
*phone:* (775) 333-7555
*fax:* (775) 323-4993

2